IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AMANDA LYNN MONTOYA,<br><br>Defendant. | CR 26–20–M–DWM–002<br><br><br><br>ORDER |

IT IS SO ORDERED that Amanda Lynn Montoya's motion for release pending appeal, (Doc. 68), is GRANTED. Montoya is released from custody pending the resolution of any appeal in this matter.

IT IS FURTHER ORDERED that Montoya's release pending appeal is subject to the following conditions:

1) You must not commit any offense in violation of federal, state, local or tribal law while on release in this case.

2) You must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C § 14135a.

3) You must advise the court or the probation officer in writing before making any change of residence or telephone number.

4) You must appear in court as required and, if your appeal is denied, must surrender as directed to serve the sentence that the court has imposed.

5) You must submit to supervision by, and report to, the United States Probation Office, no later than immediately following today's court

proceedings and thereafter at such times and in such manner as designated by the Officer.

6) You must surrender to the United States Probation Office any passport and/or passport card or other international travel document.

7) Except upon prior approval by the Court, the Defendant's travel is restricted to the District of Montana.

8) You must not possess a firearm, destructive device, or other weapon.

9) You must participate in an outpatient program for mental health treatment as approved by the probation officer. You must remain in the program until you are released by the probation officer in consultation with the treatment provider. You must pay part or all of the costs of this treatment as directed by the probation officer.

10) You must abstain from the consumption of alcohol and must not enter establishments where alcohol is the primary item of sale. You must not knowingly enter any dwelling or house where there is the active or ongoing use, abuse or consumption of alcohol or controlled substances and must not knowingly enter or stay in any dwelling or house where there is one or more persons who are consuming alcohol or participating in the consumption of alcoholic beverages or controlled substances, without the prior written approval of the supervising probation officer. You must not knowingly enter any automobile where a person possesses or is consuming alcohol or controlled substances. You must not have any controlled substances that are not prescribed by a licensed medical doctor and supplied by a licensed medical pharmacy.

11) You must submit your person, residence, place of employment, vehicles, and papers, to a search, with or without a warrant by any probation officer, or by any law enforcement officer upon the express direction of the probation officer, with reasonable suspicion concerning a violation of supervision or unlawful conduct. Failure to submit to search may be grounds for revocation. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. You must allow seizure of suspected contraband for further examination.

12) You must participate in substance abuse testing to include not more than 180 urinalysis tests, not more than 180 breathalyzer tests, and not more than 18 sweat patch applications annually during the period of supervision. You must pay part or all of the costs of testing as directed by the probation officer.

13) You must participate in substance abuse treatment or alcohol abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program. The program may include urinalysis testing to determine if you have used drugs or alcohol. You must not attempt to obstruct or tamper with the testing methods. You must pay part or all of the costs of this treatment as directed by the probation officer.

14) You must not purchase, possess, use, distribute or administer marijuana, including marijuana that is used for recreational or medicinal purposes under state law.

15) You must not possess, ingest or inhale any psychoactive substances that are not manufactured for human consumption for the purpose of altering your mental or physical state. Psychoactive substances include, but are not limited to, synthetic marijuana, kratom and/or synthetic stimulants such as bath salts and spice.

16) You must not use or possess any controlled substances without a valid prescription. If you do have a valid prescription, you must disclose your history of addiction to the pharmacy and disclose the pharmacy and prescription information to the probation officer and follow the instructions on the prescription.

17) You must not be in the presence of individuals using controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner, to include methamphetamine, heroin, marijuana, and PCP.

18) You must maintain contact with your attorney.

DATED this 13th day of November, 2026.

Donald W. Molloy, District Judge
United States District Court